**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**EDWARD ANTOLAK,**

      **Plaintiff,**

  **V.**                                    **CASE  NO. C2-12-0429
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP**

**SOLID ROCK ENERGY, INC., ET AL.,**

      **Defendants.**

## ORDER

      The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

      **IT IS SO ORDERED.**


<u>May 25, 2012</u>                                    <u>*/s/Edmund A. Sargus, Jr.*</u>
**DATE**                                            **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**