IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


EDWARD ANTOLAK,

    Plaintiff,

V.                                   CASE NO. C2-12-0429
                                       JUDGE EDMUND A. SARGUS, JR.
                                       MAGISTRATE JUDGE TERENCE P. KEMP

SOLID ROCK ENERGY, INC., ET AL.,

    Defendants.


## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**


May 25, 2012                                               /s/*Edmund A. Sargus, Jr.*
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**